```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11968
    ROBERTO MARTINEZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-7125

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/05/2007 and was not confirmed.

    The case was dismissed without confirmation 10/04/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
POPULAR MORTGAGE SERVICI   CURRENT MORTG         .00          .00           .00
POPULAR MORTGAGE SERVICI   MORTGAGE ARRE    54616.00          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1177.39          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1901.03          .00           .00
POPULAR MORTGAGE SERVICI   CURRENT MORTG         .00          .00           .00
POPULAR MORTGAGE SERVICI   SECURED NOT I         .00          .00           .00
JP MORGAN CHASE BANK       NOTICE ONLY     NOT FILED          .00           .00
ANDERSON & ASSOCS          DEBTOR ATTY           .00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                        ---------------    ---------------
TOTALS                      .00                .00




               PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 11968 ROBERTO MARTINEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 11968 ROBERTO MARTINEZ